Alan B. Fabian
43008-037
PO Box 2000
Lewisburg, PA 17837
March 3, 2015

FILED

2015 MAR -6 AM 11: 12

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Clerk of the Court
U.S. Bankruptcy Court
101 W. Lombard Street
Baltimore, MD 21201

RE:   CASE NO. 14-00893

Dear Sir or Madam:

Apparently, the Government filed an objection on February 20, 2015, Docket No. 16 in this above referenced case. As of today, March 3, 2015, I have not been served with a copy. Also, as of this date, I have not been served with a copy of an order filed on February 19, 2015 by this Court.

For whatever reason, the Government is not mailing me copies of its filings. I am not on the CM/ECF system and cannot receive electronic notifications. In addition, the Bankruptcy Notification Center is not timely serving me with notices from this Court. In fact, this is the reason the Summons was not served timely because although it was supposedly mailed on January 2, 2015, I did not receive it until January 23, 2015.

If the Court could address this matter, it would be very much appreciated. I understand most filings are done electronically now, but as a pro se litigant without access to the electronic system, I need to be served by first-class mail.

Respectfully Yours,

Alan B. Fabian, *Pro Se*

Cc:   Vassiliki Eliza Economides for the Government

93