14-00893-JS

08-27450-JS

Fabian v. IRS, et al

Mar-19-15

FILED
MAR 23 2015
U.S. Bankruptcy Court
District of Maryland

FILED
MAR 23 2015
U.S. Bankruptcy Court
District of Maryland

Dear Ms. Komosack,

Thank you for your call today and for explaining the procedures.

As I indicated on the call and in my Reply to the Government, I believe there are no facts left to try and I have requested a Judgment on the Pleadings.

The Government has admitted in its answer that the penalties are dischargeable. The Government has also admitted the Notice of Levy for 2003 income taxes is accurate.

So I have asked the Court to issue an order clarifying that taxes, penalties, and interest thereon for returns due and events occurring before 12.31.05 have been discharged and enjoining the IRS from further collection activities. In return, I am willing to dismiss the contempt allegations and any damages.

1.

If the Judge feels the need for a hearing, as we discussed I would like to participate by phone. I am scheduled for release in May 2016 and would like to resolve this issue without complication.

Sincerely Yours,

Alan B. Fabian

cc: Vassiliki Economides, USA