IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No. 08-27450 |
| | ) | Chapter 7 |
| ALAN BRIAN FABIAN, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | Adv. Proc. No. 14-893 |
| | ) | |
| ALAN BRIAN FABIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STATUS REPORT 2/10/2016**

Per the Court's request, the United States submits the following status report to keep the Court apprised of the developments in the above-captioned matter:

1. Mr. Fabian is set to be released from prison May 6, 2016.

2. Travis Dunkelberger of the Villanova Tax Clinic confirmed that all matters at the Tax Court involving Mr. Fabian have been continued pending Mr. Fabian's release.

3. Most recently, on January 21, 2016, the Tax Court continued the trial in Mr. Fabian's case, but has not yet set a new trial date.

Dated:  February 10, 2016

    /s/ Vassiliki Eliza Economides
VASSILIKI ELIZA ECONOMIDES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6320 (v)
202-514-6866 (f)
Vassiliki.E.Economides@usdoj.gov

- 2 -

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the United States' STATUS REPORT has been made on February 10, 2016, via the first class mail, to the following:

Alan Brian Fabian
43008-037
PO Box 2000
Lewisburg, PA 17837
*Pro se*

/s/ Vassiliki E. Economides
VASSILIKI ELIZA ECONOMIDES
Trial Attorney, U.S. Department of Justice