IN THE UNITED STATES BANKRUPTCY COURT FILED

FOR THE DISTRICT OF MARYLAND 2016 JUN 27 AM 11: 44

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| In re: | |
| | Case No. 08-27450 |
| ALAN BRIAN FABIAN,<br>Debtor. | |
| | Chapter 7 |
| ALAN BRIAN FABIAN,<br>Plaintiff,<br>v. | Adv. Proc. No. 14-893 |
| INTERNAL REVENUE SERVICE,<br>Defendant. | |

## STATUS REPORT 6/21/2016
## AND
## NOTICE OF NEW ADDRESS

Plaintiff, Alan B. Fabian, submits the following status report to keep the Court apprised of the developments in the above-captioned matter:

1. Mr. Fabian was released to home confinement on May 6, 2016.

2. Mr. Fabian notifies this court that his address is now 150 Hopkins Road, Baltimore, MD 21212

3. David Breen of the Villanova Tax Clinic is representing Mr. Fabian in Tax Court and Mr. Kevin Kenworthy is representing Mr. Fabian in the Federal Court of Claims.

4. Most recently, a motion was made by parties in the Tax Court to move the date for trial while a meeting of all the parties is arranged with the Office of IRS Appeals. At this time, the parties are waiting for this meeting to take place to attempt to resolve all issues.

Dated: June 21, 2016

/s/ ALAN B. FABIAN
ALAN B. FABIAN, Pro Se
150 Hopkins Road
Baltimore, Maryland 21212
443.330.2111
abfwork1@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of ALAN FABIAN'S STATUS REPORT AND NOTICE OF CHANGE OF ADDRESS has been made on June 21, 2016 via the first class mail, to the following:

Vassiliki Eliza Economides
Trial Attorney, Tax Division
US DOJ
PO Box 227
Washington, DC 20044

/s/ ALAN B. FABIAN
ALAN B. FABIAN, *Pro Se*