# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

FILED
'17 AUG 11 AM 10:09

| | |
|---|---|
| In re:<br><br>ALAN BRIAN FABIAN,<br>Debtor.<br><br>ALAN BRIAN FABIAN,<br>Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE,<br>Defendant. | Case No. 08-27450<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 14-893 |

## STATUS REPORT AUGUST 10, 2017
## AND
## NOTICE OF NEW ADDRESS

Plaintiff, Alan B. Fabian, submits the following status report to keep the Court apprised of the developments in the above-captioned matter:

1. Mr. Fabian notifies this court that his address is now 1139 Greenway Rd, Cockeysville, MD 21030.

2. David Breen of the Villanova Tax Clinic is representing Mr. Fabian in Tax Court and Mr. Kevin Kenworthy is representing Mr. Fabian in the Federal Court of Claims.

3. A meeting was held by all parties on February 16, 2017. The result of that meeting was to allow the IRS Office of Appeals to attempt to resolve the 2002-2004 tax issue, which is the subject of this adversary proceeding, and the 2006 tax case.

4. Since that date, information has been exchanged with the IRS Office of Appeals. As of today's date, the Office of Appeals has not made any offers of compromise; however, we are submitting additional information to the Office of Appeals by the end of August after which the we will know if a settlement is possible.

5. NOTICE TO THE COURT: If a resolution is not reached with the IRS Office of Appeals, the Plaintiff, Alan B. Fabian, following Judge Schneider's comments at the preliminary hearing that he was willing to take jurisdiction in this matter to determine nondischargeability, will move in this Adversary Proceeding to have the Court take jurisdiction under its authority to determine (a) if any taxes are in fact due for 2002-2004 and (b) whether those taxes are nondischargeable.

1

6. The Plaintiff appreciates this Court's forbearance in this matter and expects that this matter will move forward shortly.

<u>Dated: August 10, 2017</u>

/s/ ALAN B. FABIAN

ALAN B. FABIAN, *Pro Se*
1139 Greenway Rd
Cockeysville, MD 21030
443.410.4027
abfwork1@gmail.com

2

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of ALAN FABIAN'S STATUS REPORT AND NOTICE OF CHANGE OF ADDRESS has been made on August 10, 2017 via the first class mail, to the following:

Vassiliki Eliza Economides
Trial Attorney, Tax Division
US DOJ
PO Box 227
Washington, DC 20044



/s/ ALAN B. FABIAN
ALAN B. FABIAN, *Pro Se*
1139 Greenway Rd
Cockeysville, MD 21030
443.410.4027
abfwork1@gmail.com

3