IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | Case No. 08-27450 |
| ) | Chapter 7 |
| ALAN BRIAN FABIAN, ) | |
| ) | |
| Debtor. ) | |
| _____) | Adv. Proc. No. 14-893 |
| ) | |
| ALAN BRIAN FABIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STATUS REPORT 12/29/2017

The United States submits the following status report to keep the Court apprised of the developments in the above-captioned matter:

1. On October 27, 2017, the Tax Court continued Mr. Fabian's Tax Court case (Dkt. No. 25589-14) from October 30, 2017, to a special trial session on the February 5, 2018 calendar.

2. On December 20, 2017, Mr. Fabian's counsel requested a continuance due to a medical reason. The Tax Court granted Mr. Fabian's motion on December 28, 2017, and ordered that the case be returned to the general docket for trial or other disposition.

2

     3.     Mr. Fabian is still currently negotiating with the Internal Revenue Service Appeals Office, which retains settlement authority until the date of the Tax Court trial.

Date: December 29, 2017

                                         RICHARD E. ZUCKERMAN
                                         Principal Deputy Assistant Attorney General

                                         /s/ Catriona M. Coppler
                                         CATRIONA M. COPPLER
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 227
                                         Washington, D.C.  20044
                                         202-514-5153 (v)
                                         202-514-6866 (f)
                                         Catriona.M.Coppler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and sent, via first class mail, to the following:

>Alan Brian Fabian
>1139 Greenway Road
>Cockeysville, MD 21030

>/s/ Catriona M. Coppler
>CATRIONA M. COPPLER
>Trial Attorney
>United States Department of Justice, Tax Division